196 P.3d 289

# SUPREME COURT OF HAWAI'I

Flores v. Rawlings Co., LLC . . . . . . . 28124     03/06/2008   Denied     117 Hawai'i 153,
177 P.3d 341

Sher v. Cella . . . . . . . . . . . . . . . . . . . . 27715     11/09/2007   Denied     114 Hawai'i 263,
160 P.3d 1250

State v. Pond . . . . . . . . . . . . . . . . . . 27847     03/10/2008   Granted     117 Hawai'i 336,
181 P.3d 415